# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

*Plaintiff*

v.

OSCAR MARCELO NUNEZ-FLORES

*Defendant*

MAGISTRATE JUDGE: __JAMES B. CLARK, III__

CASE NO. __23-mj-12229-JBC__
__10/30/2023__
DATE OF PROCEEDINGS:

DATE OF ARREST: __10/30/2023__

**PROCEEDINGS:** __Initial Appearance__

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [ ] AFPD  [x] CJA
- [ ] WAIVER OF HRG: [x] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: $150,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED __NJ__
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: __Mark Pesce__

DEFT. COUNSEL: __David B. Glazer, CJA__

PROBATION: _____

INTERPRETER _____
Language:

TIME COMMENCED: __3:20 p.m.__
TIME TERMINATED: __3:37 p.m.__
CD NO: __Ecr__

Stephen Bond

Stephen Bond, Deputy Clerk