# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

OSCAR MARCELO NUNEZ-FLORES

Case Number: 23-12229

**WARRANT FOR ARREST**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest OSCAR MARCELO NUNEZ-FLORES

and bring him forthwith to the nearest magistrate to answer a

___ Indictment   ___ Information   _X_ Complaint   ___ Order of Court

___ Violation Notice   ___ Probation Violation Petition

charging him with:

conspiracy to launder monetary instruments, contrary to Title 18, United States Code, Sections 1956(a)(2)(A) and 1956(a)(2)(B)(i), in violation of Title 18, United States Code, Section 1956(h); and receipt of bribes by a bank employee, in violation of Title 18, United States Code, Section 215(a)(2).

| | |
|---|---|
| Honorable James B. Clark, III | United States Magistrate Judge |
| **Name of Issuing Officer** | **Title of Issuing Officer** |
| /s/ Hon. James B. Clark, III | October 27, 2023 in the District of New Jersey |
| **Signature of Issuing Officer** | **Date and Location** |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

162 Manning Ave, North Plainfield, NJ 07060

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 10/30/2023 | SA Tamera Teller | [signature] |
| **Date of Arrest** 10/30/2023 | | |